## 32420. McClung *v.* The State.

GARDNER, J. This is a case brought here assigning error on the judgment of the superior court for refusing a petition for change of venue. There is no evidence presented to show that the trial judge abused his discretion in denying the petition for a change of venue. No case is cited by either counsel for the State or the defendant, and we see no necessity of citing any.

*Judgment affirmed. MacIntyre, P. J., and Townsend, J., concur.*

DECIDED MARCH 12, 1949.

*R. I. Stephens,* for plaintiff in error.

*W. W. Larsen, Solicitor-General,* contra.

## 32421. Phillips *v.* The State.

GARDNER, J. This is a companion case to *McClung* v. *State,* ante, and is controlled by the decision therein.

*Judgment affirmed. MacIntyre, P. J., and Townsend, J., concur.*

DECIDED MARCH 12, 1949.

*R. I. Stephens,* for plaintiff in error.

*W. W. Larsen, Solicitor-General,* contra.